### 32904. SOUTHEASTERN CONSTRUCTION CO., for use of D-A LUBRICANT CO., *v.* GLENS FALLS INDEMNITY CO.

FELTON, J. The Supreme Court of Georgia having on certiorari reversed the judgment of this court in this case (*Glens Falls Indemnity Co. v. Southeastern Construction Co., for use of D-A Lubricant Co.,* 207 *Ga.* 488) the judgment of this court reversing the trial court's judgment

sustaining the general demurrer to the petition is vacated, and the judgment of the trial court is

*Affirmed. Sutton, C.J., and Worrill, J., concur.*

DECIDED DECEMBER 5, 1950.

*Louis D. Yancey Jr.*, for plaintiff.
*Powell, Goldstein, Frazer & Murphy*, for defendant.